UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____      │
│ DATE FILED:___ NOV 0 7 2014  │
└─────────────────────────────┘
```

--------------------------------

UNITED STATES OF AMERICA,

        Plaintiff,

    - v. -

ANY AND ALL ASSETS OF THE
FOLLOWING DARK MARKET WEBSITES
OPERATING ON THE TOR NETWORK,
INCLUDING BUT NOT LIMITED TO THE
".ONION" ADDRESSES OF THE
WEBSITES, THE SERVERS HOSTING THE
WEBSITES, AND ANY BITCOINS OR
OTHER DIGITAL CURRENCY RESIDING ON
THOSE SERVERS: SILK ROAD 2.0;
ALPACA; BLACK MARKET; BLUE SKY;
BUNGEE 54; CANNABIS UK; CLOUD
NINE; CSTORE; DEDOPE; EXECUTIVE
OUTCOMES; FAKE ID; FAKE REAL
PLASTIC; FARMER1; FAST CASH!;
HACKINTOSH; HYDRA; PABLO ESCOBAR
DRUGSTORE; PANDORA; PAY PAL
CENTER; REAL CARDS TEAM; REPAAA'S
HIDDEN EMPIRE; SMOKEABLES; SOL'S
UNIFIED USD COUNTERFEIT'S; SUPER
NOTES COUNTER; THE GREEN MACHINE;
TOR BAZAAR; and ZERO SQUAD,

And all property traceable
thereto,

        Defendants-in-rem.

--------------------------------

POST-COMPLAINT AMENDED
PROTECTIVE ORDER PURSUANT
TO 18 U.S.C. § 983(j)(1)

No. 14 Civ. 8812 (JPO)

ECF Case

      WHEREAS, on November 5, 2014, the United States commenced this action, upon the filing of a verified complaint (the "Complaint"), seeking forfeiture of the above-captioned defendants in rem (the "Defendants in Rem");

WHEREAS, the Complaint alleges, in part, that the Dark Market Sites are all operating online criminal storefronts on the Tor network and offering to sell a variety of illicit goods and services to customers in the Southern District of New York and elsewhere;

WHEREAS, the Complaint further alleges, in part, that the Dark Market Sites are designed to facilitate the illicit commerce hosted on the sites by providing anonymity to their users, by operating on what is known as "The Onion Router" or "Tor" network ("Tor"), a part of the Internet designed to make it practically impossible to physically locate the computers hosting or accessing websites on the network, and by accepting payments for their illicit goods and services in "Bitcoins" or similar electronic currency designed to be as anonymous as cash;

WHEREAS, the Complaint further alleges, in part, that the Dark Market Sites are engaged in money-laundering conspiracies by operating online marketplaces designed to facilitate anonymous and untraceable transactions involving illicit goods and services;

WHEREAS, the Complaint further alleges, in part, that the ".onion" addresses associated with the Dark Market Sites, the servers hosting the Dark Market Sites, and any Bitcoin wallets or other repositories of digital currency located on these servers all constitute property involved in these

conspiracies, as they are all essential to the operation of the Dark Market Sites;

WHEREAS, the Complaint alleges that the Defendants in Rem are forfeitable to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering and attempted money laundering transactions, in violation of Title 18, United States Code, Section 1956;

WHEREAS, the United States has applied for a protective order to seize, secure, maintain, and preserve the availability of the Defendants in Rem for civil forfeiture; and

WHEREAS, the United States submits that the entry of the requested protective order will vest this Court with sufficient actual and/or constructive control of the Defendants in Rem to establish this Court's in rem jurisdiction over the Defendants in Rem;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A), THAT:

1.    The United States, acting through its agents and officers, is authorized to take control of the Dark Market Sites by seizing their ".onion" addresses and their corresponding private keys, as well as the servers hosting the Dark Market Sites.

2.    The United States is further authorized to replace each of the Dark Market Sites with a banner, which will

display, in substance and in part, language representing that the site has been seized pursuant to 18 U.S.C. § 983(j).

      3.    The United States is further authorized to seize any and all Bitcoins or other digital currency residing on any server hosting a Dark Market Site, pending the outcome of this civil proceeding, by transferring the Bitcoins or other digital currency to a Bitcoin address or other digital currency repository controlled by the United States.

      4.    The United States shall maintain and preserve the Defendants in Rem pending the outcome of this civil action.

      5.    The Court hereby finds that the entry of this protective order vests the Court with in rem jurisdiction over the Defendants in Rem.

SO ORDERED:

_____      11/7/14
HONORABLE J. PAUL OETKEN            DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK